UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DANIEL HORACEK,

                     Petitioner,                  Case No. 4:25-cv-12552
                                                Hon. F. Kay Behm

v.

WILLIAM K. MARSHALL, III,

                     Respondent.
_____/

**JUDGMENT**

    **IT IS ORDERED** that the petition for writ of habeas corpus is **DISMISSED**.

    Dated at Detroit, Michigan, this 13th, day of April, 2026.


                                              KINIKIA ESSIX
                                            CLERK OF THE COURT

APPROVED:

                                            BY: s/Kourtney Collins
                                          DEPUTY CLERK

s/F. Kay Behm
F. Kay Behm
United States District Judge